## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

~~April 30,~~ June 1, 2004

**MICHAEL E. KUNZ**
**CLERK OF COURT**

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

Mary E. D'Andrea, Clerk
USDC Middle District of PA
P.O. Box 1148
Scranton, PA 18501


CV 04 1215

RE: Solt v Monroe County Correctional Facility et al
C.A. 04-1278

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above-captioned case which has been transferred to your District pursuant to the order dated 4/30/04.

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

**FILED
SCRANTON
JUN 0 4 2004**

PER _____
DEPUTY CLERK

MICHAEL E. KUNZ
Clerk of Court

By: _____
Mrs. Norman, Deputy Clerk

cc: M. Snover, Esq.

Received above material or record file this ___ day of ___, 20 __.

**RECEIVED
SCRANTON
JUN 0 4 2004**

Signature: _____
Date: ___ PER ___ DEPUTY CLERK

civ625.frm

CLOSED, STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:04-cv-01278-BMS
Internal Use Only

SOLT v. MONROE COUNTY CORRECTIONAL FACILITY et al
Assigned to: HONORABLE BERLE M. SCHILLER
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:2000 Job Discrimination (Sexual Harassment)

Date Filed: 03/24/04
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

-----------------------

**JULIE SOLT**    represented by    **MICHAEL A. SNOVER**
101 S. THIRD ST
SECOND FL
EASTON, PA 18042
610-923-7701
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

-----------------------

**MONROE COUNTY CORRECTIONAL**

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 6/1/04
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FACILITY

COUNTY OF MONROE

DANIEL VIERA, *IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES*

DANIEL SLASHINSKI, *IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES*

STEVEN FOSTER, *IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES*

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 03/24/2004 | 1 | COMPLAINT against COUNTY OF MONROE, STEVEN FOSTER, MONROE COUNTY CORRECTIONAL FACILITY, DANIEL SLASHINSKI, DANIEL VIERA, filed by JULIE SOLT. (FILING FEE NOT PAID)(ss, ) (Entered: 03/25/2004) |
| 03/24/2004 |  | Summons Issued, Five originals mailed as to COUNTY OF MONROE, STEVEN FOSTER, MONROE COUNTY CORRECTIONAL FACILITY, DANIEL SLASHINSKI, DANIEL VIERA. Forwarded To: Counsel on 3/25/04 (ss, ) (Entered: 03/25/2004) |
| 03/24/2004 |  | Standard Case Management Track (ss, ) (Entered: 03/25/2004) |
| 03/25/2004 |  | Filing fee: $ 150.00, receipt number 903399 (ss, ) (Entered: 03/25/2004) |

| | | | |
|---|---|---|---|
| 04/30/2004 | | ●2 | ORDER THAT THE ACTION IS ORDERED TRANSFERRED TO THE MIDDLE DISTRICT OF PA. THIS ORDER IS DIRECTED TO BE SERVED UPON THE DEFTS WITH THE COMPLAINT IN THIS MATTER. ( SIGNED BY JUDGE BERLE M. SCHILLER ON 4/30/04. ) 4/30/04 ENTERED AND COPIES MAILED.(gn, ) (Entered: 04/30/2004) |
| 04/30/2004 | | | ***Deadlines terminated., ***Documents terminated: [1] Complaint filed by JULIE SOLT, Summons Issued, Filing Fee Received, [2] Order,. (gn, ) (Entered: 04/30/2004) |
| 04/30/2004 | | | ***Party MONROE COUNTY CORRECTIONAL FACILITY, and DANIEL VIERA, and DANIEL SLASHINSKI, and STEVEN FOSTER added. (gn, ) (Entered: 04/30/2004) |
| 04/30/2004 | | | ***Party COUNTY OF MONROE added. (gn, ) (Entered: 04/30/2004) |
| 04/30/2004 | | | ***Civil Case Terminated. (kv, ) (Entered: 05/03/2004) |
| 05/03/2004 | | ●3 | PETITION by plff JULIE SOLT for voluntary transfer of venue. (gn, ) (Entered: 05/03/2004) |
| 05/03/2004 | | | ***Deadlines terminated., ***Documents terminated: Summons Issued, Filing Fee Received, [2] Order,, [3] Application/Petition filed by JULIE SOLT. (gn, ) (Entered: 05/03/2004) |
| 06/01/2004 | | ● | Original record together with certified copy of |

| | docket entries forwarded to Middle District of Pennsylvania. (gn, ) (Entered: 06/01/2004) |
|---|---|